Case 1:10-cv-04020-LGS-JLC Document 79 Fil

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/03/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAMOFI MASTER LDC and CAMHZN MASTER LDC,

       Plaintiffs,

 -against-

RIPTIDE WORLDWIDE, INC. (f/k/a Shea Development Corp.), BRAVERA, INC. (n/k/a as RTWW Business Services, Inc.), IP HOLDINGS OF NEVADA, INC., INFORMATION INTELLECT, INC., FRANCIS E. WILDE, MATRIX HOLDINGS, LLC, THOMAS E. WHEELER, E. JOSEPH VITETTA, JR., and RICHARD CONNELLY,

       Defendants.
------------------------------------------------------------X

ECF CASE

10 Civ. 4020 (CM)

**STIPULATION AND [PROPOSED] ORDER OF WITHDRAWAL OF COUNSEL**

 **IT IS HEREBY STIPULATED AND AGREED**, by and between the law firm, Wilk Auslander LLP ("Wilk Auslander"), and plaintiffs, CAMOFI Master LDC and CAMHZN Master LDC ("Plaintiffs"),

that Wilk Auslander has withdrawn as attorneys of record for said Plaintiffs in this action.

 This stipulation may be executed in counterparts.

Dated: New York, New York
   May 2, 2013

**WILK AUSLANDER LLP**
*Withdrawing Attorneys for Plaintiffs*
*CAMOFI Master LDC and CAMHZN*
*Master LDC*

By: _____
  Kimberly D. Reilly (KR-8103)
1515 Broadway, 43rd Floor
New York, New York 10036
212-981-2300

**CAMOFI MASTER LDC**

By: _____
  Richard Smithline, Director
11 East 44th Street, Suite 1600
New York, New York 10017
646-758-6752

697153v1

CAMHZN MASTER LDC

By: _____
Richard Smithline, Director
11 East 44th Street, Suite 1600
New York, New York 10017
646-758-6752

    The application of Wilk Auslander to withdraw as counsel for Plaintiffs is GRANTED.  However, it is well established in this Circuit that corporations, partnerships and limited liability companies may not appear without counsel.  See Jones v. Niagara Frontier Transp. Authority, 722 F.2d 20, 22 (2d Cir. 1983) (noting that a corporation cannot proceed pro se); Eagle Associates v. Bank of Montreal, 926 F.2d 1305, 1310 (2d Cir. 1991) (holding that a partnership may not be represented by a layperson).
    Plaintiff is hereby ORDERED to either (a) file a notice of appearance by an attorney within 30 days of this order or (b) show cause within 30 days why the Complaint should not be dismissed for failure to prosecute.
The conference previously scheduled for May 8, 2013 is hereby adjourned to June 11, 2013 at 11 a.m.
SO ORDERED.  Dated: 5/3/13

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

697153v1