

**CENTRECOURT**
ASSET MANAGEMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/07/2013

May 7, 2013

<u>Via Email</u>
Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *CAMOFI Master LDC, et al. v. Riptide Worldwide, Inc. et al.*
<u>United States District Court S.D.N.Y., Case No. 10 Civ 4020</u>

Dear Judge Schofield:

I am a director of each of CAMOFI Master LDC and CAMHZN Master LDC, the plaintiffs in the referenced matter (collectively, the "Plaintiffs") as well as Chief Executive Officer of Centrecourt Asset Management, the investment manager of Plaintiffs' funds. I write to advise you that Plaintiffs have determined not to pursue the yet to be decided claims in the referenced matter and would like the referenced matter to be dismissed.

If you have any questions or need anything further from me or Plaintiffs, please do not hesitate to contact me at 646-758-6752. Thank you in advance.

Respectfully submitted,

*Richard Smithline*

Richard L. Smithline

---

This action is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(2).
The Clerk of Court is directed to close this case.
SO ORDERED.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

11 East 44th Street, Suite 1600, New York, NY 10017
Phone: 646.758.6750  Fax: 646.758.6751